# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELISSA PERSICO,<br>    Plaintiff, | CASE NO. _____ |
| v. | |
| MASELLO SALON SERVICES OF<br>NEW ENGLAND, LLC,<br>    Defendant. | FEBRUARY 12, 2021 |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the Defendant, MASELLO SALON SERVICES OF NEW ENGLAND, LLC ("Defendant"), respectfully petitions this Court as follows:

1. An action was commenced against Defendant in the Superior Court of the State of Connecticut, Judicial District of Stamford, titled *Melissa Persico v. Masello Salon Services of New England, LLC*, No. FST-CV21-6050302-S (the "State Action"). A copy of the Summons and Complaint is attached as **Exhibit A**.

2. Service of the Summons and Complaint was first made upon Defendant, through its agent, on January 21, 2021. This petition is being filed pursuant to 28 U.S.C. § 1446(b)(3), within thirty (30) days of receipt by Defendant of service; the time for filing this petition has not expired.

3. Defendant has not served an answer or responsive pleading to the Complaint. There have been no proceedings in the State Action other than the filing of the Complaint, Summons and Return of Service. A copy of the docket sheet is attached as **Exhibit B**.

4. According to the Summons, the Plaintiff, Melissa Persico ("Plaintiff"), is a citizen of the State of Connecticut. Plaintiff lists an address on her state court summons of 11 Merwin Street, Apt. 209, Norwalk, Connecticut 06850.

5. The corporate Defendant and its members are citizens of the State of Rhode Island:

   a. Defendant is a Rhode Island limited liability company, whose members are Ronald Baccala Sr., an individual and citizen of Rhode Island, Stephanie J. Rennard, an individual and citizen of Rhode Island, and Robert Masello Sr., an individual and citizen of Rhode Island.

6. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7. Based upon the foregoing, the State Action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441, because this Court has jurisdiction pursuant to 28 U.S.C. § 1332 (diversity).

8. Venue is proper pursuant to 28 U.S.C. § 1391.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant has on this date notified the Superior Court of the State of Connecticut of the filing of this petition. A copy of the Notice of Removal filed in Superior Court is attached as **Exhibit C**.

WHEREFORE, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Defendant respectfully requests that this action be removed from the Superior Court of the State of Connecticut and henceforth proceed in this Court.

        THE DEFENDANT,
        MASELLO SALON SERVICES OF
        NEW ENGLAND, LLC

By: */s/ Micah J. Vitale*
    James M. Sconzo (ct04571)
    Micah J. Vitale (ct30957)
    CARLTON FIELDS, P.A.P.C
    One State Street, Suite 1800
    Hartford, CT  06103-3102
    Telephone: (860) 392-5000
    Facsimile: (860) 392-5058
    E-mail:    jsconzo@carltonfields.com
                   mjvitale@carltonfields.com

    Its Attorneys

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2021, a copy of the foregoing was e-filed and served by U.S. Mail and e-mail upon the following counsel of record:

Matthew D. Paradisi, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel.: 860-296-3457
Fax: 860-296-0676
Email: mparadisi@cicchielloesq.com

                                                            */s/ Micah J. Vitale*
                                                            Micah J. Vitale