UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELISSA PERSICO,<br>Plaintiff,<br><br>v.<br><br>MASELLO SALON SERVICES OF<br>NEW ENGLAND, LLC,<br>Defendant. | CASE NO. 3:21-cv-00179-JAM<br><br><br><br>OCTOBER 29 2021 |

## STIPULATION OF VOLUNTARY DISMISSAL

The Plaintiff, Melissa Persico, and the Defendant, Masello Salon Services of New England, LLC, hereby stipulate that all claims in Plaintiff's Complaint asserted against Defendant may be dismissed with prejudice, each side to bear its own costs and fees.

> THE DEFENDANT,
> MASELLO SALON SERVICES OF
> NEW ENGLAND, LLC
>
> By: /s/ *James M. Sconzo*
> James M. Sconzo (ct04571)
> Micah J. Vitale (ct30957)
> CARLTON FIELDS, P.A.P.C
> One State Street, Suite 1800
> Hartford, CT 06103-3102
> Telephone: (860) 392-5000
> Facsimile: (860) 392-5058
> E-mail:   jsconzo@carltonfields.com
>               mjvitale@carltonfields.com
>
> Its Attorneys

11

127401750.1

THE PLAINTIFF,
MELISSA PERSICO

By: /s/
Matthew D. Paradisi
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel.: 860-296-3457
Fax: 860-296-0676
Email: mparadisi@cicchielloesq.com